UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| GUADALUPE GUTIERREZ, SR.<br><br>　　　　　　Plaintiff(s),<br>　　v.<br>KAISER FOUNDATION HOSPITALS<br><br>　　　　　　Defendant(s).<br>_____/ | No. C 11-03428 CW (MEJ)<br><br>**ORDER FOR PARTIES TO APPEAR FOR COURTROOM MEET AND CONFER SESSION** |

The Court is in receipt of Defendants' request for a telephonic conference to enforce the Court's meet and confer requirements. Pursuant to the undersigned's discovery standing order, as to any discovery dispute, the parties must meet and confer in person and, if unable to resolve the dispute, file a joint letter. As it appears that the parties have been unable to comply with the standing order, the Court hereby ORDERS the parties to meet and confer, in person, on August 10, 2012 at 9:30 a.m. in Courtroom B, located on the 15th Floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. At the meet and confer session, the parties shall come prepared to meaningfully discuss and resolve their outstanding discovery dispute(s). In the event that the parties are unable to resolve their disputes, they shall draft a joint letter at the meet and confer session in compliance with paragraph 4 of the standing order, and said letter shall be presented by the parties for filing at the conclusion of the session. Thus, the parties are ORDERED to bring with them one laptop and a USB port-compatible storage medium (such as a thumb drive) to use in drafting said letter. The parties are advised that they will not meet with the undersigned during or after the meet and confer session.

If the parties are able to meet and confer in person and resolve their disputes or file any necessary joint meet and confer letters prior to the meet and confer session, the parties shall jointly request that the Court vacate the date.

**IT IS SO ORDERED.**

Dated: July 23, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

Case 4:11-cv-03428-CW   Document 45   Filed 07/23/12   Page 2 of 2